JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:    Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 07-00274 DLJ |
|     Plaintiff, ) | STIPULATION AND  ORDER TO CONTINUE SENTENCING HEARING |
|     v. ) | |
| JEFFREY EUGENE BROWN, ) | |
|     Defendant. ) | |

     Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Garth Hire, and defendant Jeffrey Eugene Brown ("defendant"), by and through his counsel of record, Harry C. Singer, hereby stipulate as follows:

     1.    Sentencing in this matter is presently scheduled for December 12, 2009. Defendant's counsel is presently unavailable to attend this hearing.  In addition, both counsel require additional time to prepare sentencing memoranda in this case.

STIPULATION AND PROPOSED ORDER TO SCHEDULE
SENTENCING HEARING


2. Accordingly, the parties jointly request that the sentencing hearing for defendant be scheduled for 11:00 a.m. on Friday, January 16, 2009.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: December 11, 2008                    /s/
GARTH HIRE
Assistant United States Attorney

Dated: December 11, 2008                    /s/
HARRY C. SINGER
Attorney for Defendant

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

The sentencing hearing in this matter is continued to 11:00 a.m. on January 16, 2009.

DATED: December 11, 2008

HONORABLE D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER TO SCHEDULE
SENTENCING HEARING

2