JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:    Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00274 DLJ |
|     Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
|     v. ) | |
| JEFFREY EUGENE BROWN, ) | |
|     Defendant. ) | |

     Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Garth Hire, and defendant Jeffrey Eugene Brown ("defendant"), by and through his counsel of record, Harris Taback, hereby stipulate as follows:

     1.    Sentencing in this matter is presently scheduled for March 20, 2009. The parties have learned of an outstanding arrest warrant and charges against defendant in state court that impact the parties' positions regarding sentencing and the timing of sentencing.

STIPULATION AND PROPOSED ORDER TO SCHEDULE
SENTENCING HEARING

2. In order to allow the parties sufficient time to successfully address the state matter prior to imposition of judgment and sentence, the parties jointly request that the sentencing hearing for defendant be scheduled for 11:00 a.m. on Friday, April 24, 2009.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: March 19, 2009        /s/
GARTH HIRE
Assistant United States Attorney

Dated: March 19, 2009        /s/
HARRIS TABACK
Attorney for Defendant

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

The sentencing hearing in this matter is continued to 11:00 a.m. on April 24, 2009.

DATED: March 19, 2009
HONORABLE D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE